1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD LORENZO GUTIERREZ,                    1:10-cv-01014 OWW SKO (HC)

12              Petitioner,                       ORDER GRANTING MOTION
                                                  TO PROCEED IN FORMA PAUPERIS
13        vs.
                                                  (DOCUMENTS #2 & #11)
14   GARY SWARTHOUT,

15              Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis.   Examination of this document

20   reveals that petitioner is unable to afford the costs of this action.   Accordingly, the motion to proceed

21   in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22   IT IS SO ORDERED.

23   **Dated:    June 23, 2010**              _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28