LODGED
FEB 09 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
FEB 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDWARD LORENZO GUTIERREZ,<br><br>                                    Petitioner,<br><br>        v.<br><br>GARY SWARTHOUT,<br><br>                                    Respondent. | 1:10-cv-01014-OWW-SKO<br><br>[PROPOSED] ORDER |

Pursuant to Respondent's request, respondent's request for a sealing order is granted with respect to the reporter's supplemental transcript (lodged document no. 8), Petitioner's opening brief on appeal (lodged document no. 9), the respondent's brief (lodged document no. 10), Petitioner's reply brief (lodged document no. 11), and Petitioner's petition for review (lodged document no. 12).

DATED: 2/18/11

_Sheila K. Oberto_
The Honorable Sheila K. Oberto